183

PER CURIAM.

(No. 6751)

MARYVILLE ACADEMY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed February 1, 1973.*

MARYVILLE ACADEMY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6808)

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 1, 1973.*

ROBERT H. STEPHEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.